NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AMIL LAMONT BARNES,           )
                              )
          Appellant,          )
                              )
v.                            )      Case No. 2D16-3297
                              )
STATE OF FLORIDA,             )
                              )
          Appellee.           )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Amil Lamont Barnes, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.